Mustafa Hassan  United State District Court
PRO Se        FOR District of Columbia
Indigent
   V.

U.S. Dept of Housing and
Urban Development ET AL.
Defendant.
                    Civil Action: 06-0172 EGS

RECEIVED
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Request For this Honorable Court to Allow the PRO Se Plaintiff submitt this Enclose Document under FRAP Local Rule 10(E).

Dear Clerk

The Pro Se Plaintiff recived this Un Sign Document from U.S. Justice Department UN Sign and wish to have it respectfully added the the unsign File As Part of Record see attached Exhebit (A) (b).

                Sincerely,
                Mustofa Hassan
                Pro Se Litigant





**U.S. Department of Justice**

Criminal Division

Washington, DC 20530-0001

May 26, 2006

Mr. Mustapha Syeed Hasan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

Dear Mr. Hasan:

    Thank you for your letter to the Assistant Attorney General. To ensure that your concerns are addressed, your letter is being forwarded to the Department of Housing for review and any appropriate action. Please understand that it may take some time to look thoroughly into the issues you have raised. Any questions regarding the status of your letter should be directed to:

        Department of Housing and Urban Development
        Office of the Inspector General
        451 7th Street, SW, Room 8256
        Washington, DC 20410-4500

    We thank you for writing to the Assistant Attorney General.

        Sincerely,

        Correspondence Management Staff
        Office of Administration