# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7068                                         September Term, 2006

06ms00172

Filed On:

Johnny Ray Chandler,
    Appellant

v.

Howard University Hospital,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 3 1 2006

CLERK

## ORDER

By order filed September 6, 2006, appellant was directed to file a memorandum in support of the petition for a writ of mandamus by October 6, 2006. Appellant received and signed for the court's order on September 8, 2006. To date, appellant has not complied with the September 6, 2006, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Mark Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk